UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID LEE BLUER, JR.,

    Plaintiff,

Case No: 1:13-cv-22

v.

HON. JANET T. NEFF

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## ORDER

Plaintiff seeks judicial review of a decision of the Commissioner of the Social Security Administration. 42 U.S.C. § 405(g). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on February 3, 2014, recommending that this Court reverse and remand the Commissioner's decision pursuant to sentence four of 42 U.S.C. § 405(g) for re-evaluation of whether Plaintiff meets the requirements of Listing 1.02. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 17) is APPROVED and ADOPTED as the Opinion of the Court and the decision of the Commissioner of Social Security is REVERSED and REMANDED.

A Judgment will be entered consistent with this Order.


Dated: February 24, 2014

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge