UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID LEE BLUER, JR.,

       Plaintiff,                  Case No. 1:13-cv-22

v.                                       HON. JANET T. NEFF

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action filed pursuant to 42 U.S.C. § 405(g). Plaintiff's counsel filed a Motion for Approval of Attorney Fees pursuant to 42 U.S.C. § 406(b) (Dkt 20). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on October 26, 2015, recommending that this Court grant the motion. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 24) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Approval of Attorney Fees (Dkt 20) is GRANTED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that Plaintiff's counsel is awarded $6,510.00 in fees pursuant to 42 U.S.C. § 406(b).


Dated: November 13, 2015                          /s/Janet T. Neff
                                                                   JANET T. NEFF
                                                                   United States District Judge